```
         IN THE UNITED STATES DISTRICT COURT FOR
         THE DISTRICT OF MARYLAND, NORTHERN DIVISION
```

|  |  |
|---|---|
| MICHAEL E. KENNEDY, | * |
| Plaintiff, | * |
| v. | *    CIVIL NO.: WDQ-09-2890 |
| HANKEY GROUP, *et al.* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 22nd day of April, 2010, ORDERED that:

1. Kennedy's motion to compel (Paper No. 13) BE, and HEREBY IS, DENIED;

2. Kennedy's motion for sanctions (Paper No. 14) BE, and HEREBY IS, DENIED;

3. Kennedy's motion for a hearing (Paper No. 18) BE, and HEREBY IS, DENIED;

4. The Defendants' motion to dismiss (Paper No. 19) BE, and HEREBY IS, GRANTED in part and DENIED in part;

   a. the claims against Hankey Group, Don Hankey, Ian Anderson, Paul Kerwin, and Kent Hagan shall be dismissed for lack of personal jurisdiction; and

    b.    Kennedy's claims for negligent infliction of emotional distress, violations of the Maryland Criminal Code, and punitive damages shall be dismissed for failure to state a claim;

5. The Defendants' motion to strike (Paper No. 22) BE, and HEREBY IS, GRANTED; and

6. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to the parties.

_____/s/_____
William D. Quarles, Jr.
United States District Judge