# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Michael E. Kennedy, | * |
|     Plaintiff, | * |
| | * |
| v. | *   Civil Action No. WDQ-09-2890 |
| | * |
| Hankey Group, Westlake Services, dba | * |
| Westlake Financial Services, Don Hankey, | * |
| Ian Anderson, Paul Kerwin, Kent Hagan, | * |
| and three "John Doe" Westlake Financial | * |
| Services employee's, | * |
|     in their individual and | * |
| official capacities, | * |
|     Defendants. | * |

```
_____ FILED   _____ ENTERED
_____ LOGGED  _____ RECEIVED

       MAY 04 2010

         AT BALTIMORE
     CLERK, U.S. DISTRICT COURT
      DISTRICT OF MARYLAND
BY _____ DEPUTY
```

## NOTICE OF APPEAL

Pursuant to *Federal Rules of Appellate Procedure, Rule 4*, notice is hereby given that Michael E. Kennedy, plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the order/decision entered in this action on April 22nd, 2010 by the United States District Court for the District of Maryland partially dismissing the above-captioned civil action

Respectfully submitted,

Michael E. Kennedy
Plaintiff, pro se

Executed on this 3rd day of May, 2010.

Michael E. Kennedy
33250 Old Ocean City Road
Parsonsburg, Maryland 21849
(410) 572-8802

Notice of Appeal - 1

## CERTIFICATE OF SERVICE
**************************
(Fed R. Civ. P.5; 28 U.S.C. §1746)

I, <u>Michael Edward Kennedy</u>, declare:

    I am over 18 years of age and a party to this action. I am a resident of Salisbury, Maryland, in the county of Wicomico. My address is: 33250 Old Ocean City Road, Salisbury, Maryland 21849. On the below executed date I served on counsel for the parties herein Plaintiff's Notice of Appeal, by placing true and correct copies thereof, enclosed in a sealed envelope, with postage prepaid, in the United States mail in a deposit box so provided by the United States Postal Service in the above-named city where I am presently located. The envelope was addressed as follows:

| | |
|---|---|
| Stephanie A. N. Karafilis, Esq.<br>Vice-President, Corporate Counsel<br>at Westlake Financial Services<br>4751 Wilshire Blvd., Suite 100<br>Los Angeles, California, 90010 | Law Offices of William R. Feldman<br>451 Hungerford Drive, Suite 210<br>Rockville, Maryland 20850 |

    Pursuant to 28 U.S.C. §1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____  Executed on this 3rd day of May, 2010.
Michael E. Kennedy
Plaintiff, pro se

                                          Michael E. Kennedy
                                          33250 Old Ocean City Road
                                          Parsonsburg, Maryland 21849
                                          (410) 572-8802



U.S. POSTAGE PAID
PARSONSBURG, MD
21849
MAY 03, 10
AMOUNT
$1.05
00020424

21201

Michael E. Kennedy
33250 Old Ocean City Road
Salisbury, Maryland 21849



Clerk of the Court
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201