```
                                          FILED: June 22, 2010

             UNITED STATES COURT OF APPEALS

                  FOR THE FOURTH CIRCUIT

                  _____

                       No. 10-1507
                  (1:09-cv-02890-WDQ)

                  _____

MICHAEL EDWARD KENNEDY

                Plaintiff - Appellant

v.

HANKEY GROUP; WESTLAKE SERVICES, INCORPORATED, d/b/a Westlake
Financial Services; DON HANKEY, Chairman, Hankey Group; IAN
ANDERSON, President, Westlake Financial Services; PAUL KERWIN,
Chief Financial Officer, Westlake Financial Services; KENT
HAGEN, Vice-President Westlake Financial Services; THREE "JOHN
DOE" EMPLOYEES, of Westlake Financial Services, in their
individual and official capacities

                Defendants - Appellees


                  _____

                       O R D E R
                  _____
```

Upon consideration of the motion to dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the Court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk